| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CUDMORE, BYRON G. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, CDIL | 3. Date of Report<br><br>3/28/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Full time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>124 U.S. Courthouse<br>600 East Monroe<br>Springfield, IL 62701 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1997 | 401(k) Plan offered by former law firm Hinshaw & Culbertson |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2011 | The Grid System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hewlett Packard Stock | A | Dividend | J | T | | | | | |
| 2. Corning Stock | A | Dividend | | | Sold | 6/10/11 | J | A | |
| 3. State of Illinois Higher Education Bond | | None | L | T | | | | | |
| 4. U.S. Savings Bonds | | None | L | T | | | | | |
| 5. 20th Century Mutual Funds *(See VIII) | D | Dividend | L | T | | | | | |
| 6. Janus Mutual Funds *(See VIII) | C | Dividend | K | T | | | | | |
| 7. Oakmark Mutual Fund | B | Dividend | L | T | | | | | |
| 8. 20th Century Mutual Funds *(See VIII) | B | Dividend | K | T | | | | | |
| 9. Vanguard Mutual Funds* (See VIII) | C | Dividend | M | T | | | | | |
| 10. Vanguard IRA Windsor Mutual Fund | C | Dividend | | | Sold | 8/3/11 | L | E | |
| 11. Illinois Municipal Retirement System | | None | L | W | | | | | |
| 12. 401(k) Plan, Hinshaw & Culbertson Law Office | C | Dividend | K | T | | | | | |
| 13. Buy and Hold Self Directed IRA Holdings: | | | | | | | | | |
| 14. A) McDonalds Stock | B | Dividend | L | T | | | | | |
| 15. B) Harley Davidson Stock | A | Dividend | K | T | | | | | |
| 16. C) Apple Stock | A | Dividend | K | T | | | | | |
| 17. D) Research in Motion Stock | A | Dividend | | | Sold | 8/3/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | E) Google Stock | A | Dividend | J | T | | | | | |
| 19. | F) Penn Gaming Stock | A | Dividend | J | T | | | | | |
| 20. | G) Microsoft Stock | A | Dividend | J | T | | | | | |
| 21. | H) Street Tracks Gold Stock | A | Dividend | K | T | | | | | |
| 22. | I) SIRI Stock | A | Dividend | J | T | | | | | |
| 23. | J) General Electric | A | Dividend | J | T | | | | | |
| 24. | K) CEMEX | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 25. | L) XLF ETF | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 26. | M) XLI ETF | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 27. | N) Dow Chemical | B | Dividend | J | T | | | | | |
| 28. | O) XLK ETF | A | Dividend | J | T | | | | | |
| 29. | P) XLE ETF | A | Dividend | J | T | | | | | |
| 30. | Q) XHB ETF | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 31. | R) MOO ETF | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 32. | Chevron Texaco Stock | B | Dividend | K | T | | | | | |
| 33. | Wal-Mart Stock | A | Dividend | J | T | | | | | |
| 34. | BP Amoco Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Disney Stock | A | Dividend | | | Sold | 8/3/11 | K | B | |
| 36. Home Depot Stock | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 37. Archer Daniels Midland Stock | B | Dividend | K | T | | | | | |
| 38. Exxon Mobil Stock | B | Dividend | K | T | | | | | |
| 39. Cisco Stock | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 40. Amazon.com Stock | A | Dividend | K | T | | | | | |
| 41. Microsoft Stock | A | Dividend | J | T | | | | | |
| 42. Apple Computer Stock | A | Dividend | K | T | | | | | |
| 43. Priceline.com Stock | A | Dividend | K | T | | | | | |
| 44. Citizens, Inc. Stock | A | Dividend | J | T | | | | | |
| 45. College Illinois Prepaid Tuition | B | Interest | K | T | | | | | |
| 46. Tyco Stock | A | Dividend | | | Sold | 6/10/11 | J | B | |
| 47. QQQQ Stock | A | Dividend | J | T | | | | | |
| 48. Yahoo Stock | A | Dividend | J | T | | | | | |
| 49. Aeropostal Stock | A | Dividend | | | Sold | 6/10/11 | J | B | |
| 50. McDonalds Stock | B | Dividend | K | T | | | | | |
| 51. Phoenix Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Costco Stock | A | Dividend | J | T | | | | | |
| 53. Oracle Stock | A | Dividend | J | T | | | | | |
| 54. J. Deere Stock | A | Dividend | J | T | | | | | |
| 55. Fidelity 401(k) *See VIII. | B | Dividend | K | T | | | | | |
| 56. Hodges Mutual Fund | A | Dividend | | | Sold | 12/29/11 | J | A | |
| 57. Dollar Savings Direct | B | Interest | | | Sold | 12/29/11 | L | B | |
| 58. Ford Stock | A | Dividend | J | T | | | | | |
| 59. CLNE Stock | A | Dividend | J | T | | | | | |
| 60. Goldman Sachs Stock | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 61. Coca Cola Stock | A | Dividend | J | T | | | | | |
| 62. Best Buy Stock | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 63. Citigroup Stock | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 64. Liberty Media Stock | A | Dividend | J | T | | | | | |
| 65. Frontier Comminucations Stock | A | Dividend | | | Sold | 7/7/11 | J | A | |
| 66. IBM Stock | A | Dividend | J | T | | | | | |
| 67. St. Joe Co. Stock | A | Dividend | | | Sold | 7/7/11 | J | A | |
| 68. TJX Co. Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Talbots Stock | A | Dividend | J | T | | | | | |
| 70. Alcoa Inc. Stock | A | Dividend | | | Sold | 6/10/11 | J | A | |
| 71. SLV ETF | A | Dividend | J | T | | | | | |
| 72. Ford Stock | A | Dividend | J | T | Buy | 1/31/11 | J | | |
| 73. Phillip Morris Stock | A | Dividend | J | T | Buy | 2/3/11 | J | | |
| 74. Chicos Stock | A | Dividend | J | T | Buy | 6/16/11 | J | | |
| 75. AmBev Stock | A | Dividend | J | T | Buy | 8/24/11 | J | | |
| 76. Valero Stock | A | Dividend | J | T | Buy | 5/3/11 | J | | |
| 77. Conoco Phillips | A | Dividend | J | T | Buy | 7/15/11 | J | | |
| 78. Smith & Wesson Holding Corp Stock | A | Dividend | J | T | Buy | 9/20/11 | J | | |
| 79. Potash Corp Stock | A | Dividend | J | T | Buy | 11/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Page 1:

Line 5:  20th Century Mutual Funds held include Growth, One Choice, Balanced, International Growth, and Value.

Line 6:  Janus Mutual Funds held include Janus Fund, Janus Twenty Fund, Janus Special Equity Fund, now called Contrarian Fund, and Overseas Fund.

Line 8:  20th Century Mutual Funds held include One Choice and Gift Trust, now called All CAP Growth

Line 9:  Vanguard Funds include Index 500, Total Stock, Retirement 2045

Section VII, Page 4:

Line 55:  Fidelity Funds include Select Energy, Contrafund, Freedom 2040, Select Canada, Select Gold, and Select Energy Services.

| Name of Person Reporting | Date of Report |
|---|---|
| CUDMORE, BYRON G. | 3/28/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BYRON G. CUDMORE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544